Petition for Writ of Mandamus Denied and Memorandum Opinion filed
October 6, 2005









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed October 6, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00987-CV

____________

 

IN RE THERMON JAMES FLANIGAN, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On September 27, 2005, relator
filed a petition for writ of mandamus in this court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52. 

Relator has not established that he is
entitled to mandamus relief. 
Accordingly, we deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied and
Memorandum Opinion filed October 6, 2005.

Panel consists of
Justices Hudson, Frost, and Seymore.